UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAM A. PERALTA,

           Petitioner,

    v.

PELICAN BAY STATE PRISON,

           Respondent.

_____/

No. C 14-3404 NC (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the San Bernardino County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED: August 1, 2014

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge